

FILED

SEP - 8 2011

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 11CR1394-DMS |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| FLORENTINA OCHOA (8), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal without prejudice; or

_____ the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offenses as charged in the Indictment:

18 USC 371; 18 USC 982(a)(1) and (a)(6); 8 USC 1324(a)(2)(B)(ii); 18 USC 1546(a); 18 USC 2; 18 1028A

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: September 7, 2011

Hon. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE